2

JOHN R. ROBERTS
Bankruptcy Trustee
P.O. Box 1506
Placerville, CA 95667-1506
(530) 626-6441

FILED
February 17, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002423610

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE:  CASE NO. **09-43247-C-07**

**SHANNON ELIZABETH DOOLEY**  DC NO. **JRR-1**
DATE: **MARCH 22, 2010**
Debtor(s).  TIME: **9:30 A.M.**
COURTROOM: **35**

### MOTION FOR SALE OF LIQUOR LICENSE

The Motion of JOHN R. ROBERTS, Trustee of the estate of the above-named debtor(s), respectfully represents:

1. That movant is the duly elected, qualified and acting Trustee of the estate of the above-named debtor(s).

2. That movant has, as such Trustee, possession of the following liquor license belonging to the debtor'(s) estate:

**TYPE OF LICENSE: On-Sale General Public Premises
COUNTY: Sacramento
LICENSE NO: 48-424211**

3. That it is in the best interest of the estate that said liquor license be sold in that it will generate cash for the estate.

4. The Trustee has received an offer from RAR ENTERPRISES LLC, or assignee, no relation to debtor(s), for the sum of $11,000.00 cash. The Trustee believes this to be a fair offer.

5. An escrow has been opened and said buyer deposited $1,000.00 in escrow. The $1,000.00 deposit is non-refundable in the event the buyer decides not to go through with the sale. See escrow documents attached to the Exhibits as Exhibit "A".

6. Buyer will pay all costs associated with the transfer of the license and will be responsible for the payment of the license renewal fee.

WHEREFORE, movant prays for an Order from this Court allowing him to sell the liquor license as described herein and to sign all documents necessary to perfect said sale and transfer the license and for such other Orders as the Court deems appropriate.

DATED: February 17, 2010

/s/ JOHN R. ROBERTS, TRUSTEE
PO Box 1506
Placerville, CA 95667
530-626-6441
court@bankruptcy-info.com
State Bar No. 77919